**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARIO BANUELOS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FLEETPRIDE, INC.; an Alabama corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 1:25-CV-00308-JLT-BAM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S ANTICIPATED MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO VACATE SCHEDULING CONFERENCE** |

207054178.1

[PROPOSED] ORDER GRANTING JOINT STIPULATION SETTING BRIEFING AND HEARING SCHEDULE ON DEFENDANT'S MOTION TO COMPEL INDIVIDUAL ARBITRATION AND VACATING SCHEDULING CONFERENCE PENDING COURT RULINGS ON MOTIONS

# ORDER

This Court has reviewed Plaintiff MARIO BANUELOS' ("Plaintiff") and Defendant FLEETPRIDE, INC.'s ("Defendant") (collectively, the "Parties") Joint Stipulation: (1) Setting Briefing and Hearing Schedule on Defendant's Motion to Compel Individual Arbitration; and (2) Vacating July 1, 2025 Scheduling Conference Pending Court Rulings on Plaintiff's Motion to Remand and Defendant's Forthcoming Motion to Compel Individual Arbitration (the "Stipulation").

Having reviewed the Stipulation, and finding good cause exists for the relief requested therein, the Stipulation is hereby **GRANTED** as follows:

1. Defendant shall file its Motion to Compel Individual Arbitration ("MTCIA") by July 14, 2025;

2. Plaintiff shall file and serve his Opposition to Defendant's MTCIA by August 4, 2025;

3. Defendant shall file and serve its Reply in support of its MTCIA by August 19, 2025;

4. The MTCIA shall be noticed for a hearing date that is no sooner than fourteen (14) days following the filing and service of Defendant's Reply in support of its intended MTCIA;

5. The July 1, 2025 Scheduling Conference is hereby vacated, subject to it being reset by the Court (if necessary), after the later of the Court's rulings on Plaintiff's Motion to Remand and Defendant's MTCIA, and such that any Scheduling Conference occurs no earlier than twenty-eight (28) days after entry of the Court's Order Re-Setting Scheduling Conference;

6. The Parties Rule 26(f) Joint Report shall be due no later than fourteen (14) days prior to the date of the Scheduling Conference as reset by the Court.

IT IS SO ORDERED.

Dated: **June 26, 2025**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE